STATE OF CONNECTICUT *v.* JONATHAN MCBRIDE
(AC 25831)

McLachlan, Rogers and Lavine, Js.

Argued October 23—officially released November 7, 2006

Per Curiam. The judgments are affirmed.